**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Brian T. Shippen-Murray (SBN 288188)
btm@calattorneys.com
10866 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
eservice@calattorneys.com

Attorneys for Plaintiff,
**SELENA CATHERS**

**THETA LAW FIRM, LLP**
Mehgan Gallagher (SBN 338699)
mg@thetafirm.com
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
eservice@thetafirm.com
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone:  (424) 297-3103
Fax:        (424) 286-2244

Attorneys for Defendant,
**TESLA, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA CATHERS, an individual, | Case No: 5:23-cv-02328-SSS-DTB |
| Plaintiff, | Judge: Hon. Sunshine Suzanne Sykes |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| TESLA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, SELENA CATHERS, and Defendant, TESLA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: April 2, 2024

CALIFORNIA CONSUMER ATTORNEYS, P.C.

By __/s/_ *Brian T. Shippen-Murray*
Michael H. Rosenstein
Sepehr Daghighian
Brian T. Shippen-Murray
Attorneys for Plaintiff
SELENA CATHERS

Dated: April 2, 2024

THETA LAW FIRM, LLP

By: _____
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant
TESLA, INC.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Brian T. Shippen-Murray, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

                          THETA LAW FIRM, LLP

By: _____
MEHGAN GALLAGHER
Attorney for Defendant TESLA, INC.